IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| David Sellars, | : | |
| Plaintiffs | : | Civil Action 2:11-cv-01060 |
| v. | : | Judge Frost |
| Licking County Planning Comm., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |
| | : | |

# ORDER

Counsel has informed the Court that the parties will not participate in September 2012 Settlement Week.

s/ Mark R. Abel<br>
United States Magistrate Judge